ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

Attorneys for Defendants

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, *et al*,.<br><br>                    Plaintiffs,<br><br>            v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*,<br><br>                    Defendants. | Case No.: 3:13-cv-2809-EDL<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, REQUEST FOR RESETTING OF INITIAL CASE MANAGEMENT DEADLINES AND [PROPOSED] ORDER** |

The parties stipulate and agree that Defendants' time to answer Plaintiffs' Complaint for Declaratory and Injunctive Relief (Dkt. No. 1) is extended to and including October 21, 2013.  This extension will not alter the date of any event or any deadline already fixed by Court order.

The parties further request that the Court reset the deadline for filing of the Rule 26(f) Report currently set for September 10, 2013 and the date for the Initial Case Management Conference ("CMC") currently set for September 17, 2013 at 10:00 am in

Courtroom E, 15th Floor, San Francisco (Dkt. No. 4), to allow the parties to engage in

settlement discussions.  The parties respectfully request that the Court set the following

deadlines to provide sufficient time to discuss potential resolution of the case:

    Rule 26(f) Report                                    December 3, 2013

    Initial Case Management Conference          December 10, 2013


Respectfully submitted,

Date: August 20, 2013


                                    ROBERT G. DREHER
                                    Acting Assistant Attorney General
                                    Environment and Natural Resources Division


                                    _____/s/_____
                                    LESLIE M. HILL (D.C. Bar No. 476008)
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    601 D Street N.W., Suite 8000
                                    Washington D.C.  20004
                                    Leslie.Hill@usdoj.gov
                                    Telephone (202) 514-0375
                                    Facsimile (202) 514 8865

                                    *Attorneys for Defendants*

Date: August 19, 2013


                                     /s/ electronic mail authorization
                                    PAUL CORT
                                    pcort@earthjustice.org
                                    IRENE V. GUTIERREZ
                                    igutierrez@earthjustice.org
                                    Earthjustice
                                    50 California Street
                                    San Francisco, CA 94111
                                    Telephone (415) 217-2000

                                    *Attorneys for Plaintiffs*

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER, REQUEST FOR RESETTING OF
INITIAL CASE MANAGEMENT DEADLINES AND [PROPOSED] ORDER
CASE NO. 3:13-cv-2809-EDL

1

~~[PROPOSED]~~ **ORDER**

2

Pursuant to Stipulation, IT IS SO ORDERED.

3

DATED this ___20th___ day of August, 2013.

4

5

ELIZABETH D. LAPORTE
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28