PAUL R. CORT, State Bar No. 184336
IRENE V. GUTIERREZ, State Bar No. 252927
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
igutierrez@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

Attorneys for Plaintiffs Sierra Club,
American Lung Association,
Environmental Defense Fund,
and Natural Resources Defense Council

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB, AMERICAN LUNG ASSOCIATION, ENVIROMENTAL DEFENSE FUND, and NATURAL RESOURCES DEFENSE COUNCIL<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No: 4:13-cv-02809-YGR<br><br>JOINT STATUS UPDATE ON SETTLEMENT DISCUSSIONS<br><br>Date: December 12, 2013<br>Time: 9:00 a.m.<br>Place: Oakland Courthouse, Courtroom 5, 2d Fl.<br>Judge: Hon. Yvonne Gonzalez Rogers |

The parties to the above-entitled action submit this JOINT STATUS UPDATE ON SETTLEMENT DISCUSSIONS pursuant to the Court's minute order following the initial Case Management Conference on November 4, 2013 (Dkt. No. 36).

After the initial case management conference, the parties exchanged several settlement offers and counteroffers. As of the date of the filing of this statement, settlement discussions are continuing.

In the event a settlement is reached, the parties will promptly inform the Court. In the event that the parties are unable to reach a settlement, they will follow the schedule for briefing and hearing motions for summary judgment set by the Court (Dkt. No. 36).

Dated: December 5, 2013

/s/
PAUL R. CORT, State Bar No. 184336
IRENE V. GUTIERREZ, State Bar No. 252927
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
igutierrez@earthjustice.org
Telephone (415) 217-2000

*Attorneys for Plaintiffs*

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

_____/s/_____
LESLIE M. HILL, D.C. Bar No. 476008
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514 8865

*Attorneys for Defendants*