UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB, AMERICAN LUNG ASSOCIATION, ENVIRONMENTAL DEFENSE FUND, AND NATURAL RESOURCES DEFENSE COUNCIL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY,** in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No.: 13-cv-2809-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING AND CONTINUING DEADLINE FOR HEARING MOTIONS FOR SUMMARY JUDGMENT** |

The Court is in receipt of the parties' Joint Status Update On Settlement Discussions, Request to Continue Compliance Hearing and Hearing on Motions for Summary Judgment. (Dkt. No. 39.) In light of the statements therein, the compliance hearing re: status of settlement set for January 24, 2014 is **VACATED**. The request to appear telephonically at the compliance hearing is **DENIED** as moot.

The parties' deadline for hearing summary judgment motions is **CONTINUED** to April 8, 2014.

**IT IS SO ORDERED.**

Dated: January 21, 2014

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**