UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB, AMERICAN LUNG ASSOCIATION, ENVIRONMENTAL DEFENSE FUND, AND NATURAL RESOURCES DEFENSE COUNCIL,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY,** in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No.: 13-cv-2809-YGR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Sierra Club, *et al.* ("Sierra Club"), have filed their Motion for Summary Judgment (Dkt. No. 42), and Defendant United States Environmental Protection Agency, *et al.* ("EPA"), have filed their Cross-Motion for Summary Judgment as to Remedy (Dkt. No. 44). The matter came on regularly for hearing on April 29, 2014.

Having carefully considered the papers submitted and the pleadings in this action, and for the reasons set forth below and on the record at the hearing, the Court **DENIES** Defendants' Cross-Motion for Summary Judgment as to Remedy and **GRANTS** Plaintiffs' Motion for Summary Judgment.

EPA failed to identify a detailed project plan, with internal deadlines and clearly identified deliverables, to justify the additional six weeks it sought beyond the timeline proposed by Sierra Club. Along those same lines, EPA did not offer evidence to explain the need for the additional

time, such as parameters and standards by which they calculated the estimated time for review of comments, or evidence from the Clean Air Scientific Advisory Committee ("CASAC") concerning its best estimate of the time it will need to provide its advice and recommendations about the revision to the ozone NAAQS.  EPA's gross generalities simply do not establish that the deadlines it proposes constitute the most expeditious timetable for final action under the circumstances.

Accordingly, EPA is **ORDERED** to:

(1) issue a Proposed Rule based on its review of the national ambient air quality standards ("NAAQS") for ozone in accordance with 42 U.S.C. §7409(d)(1) no later than **December 1, 2014**; and

(2) issue a Final Rule based on such review no later than **October 1, 2015**.

This order terminates Docket Nos. 42 and 44.

**IT IS SO ORDERED.**

Dated:  April 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2