UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB, AMERICAN LUNG ASSOCIATION, ENVIRONMENTAL DEFENSE FUND, AND NATURAL RESOURCES DEFENSE COUNCIL,**<br><br>       Plaintiffs,<br><br>       vs.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; GINA MCCARTHY,** in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>       Defendants. | Case No.: 13-cv-2809-YGR<br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS** |

The issues in this action having been duly considered, and the Court having granted the motion for summary judgment of Plaintiffs Sierra Club, *et al.*, and denied the cross-motion for summary judgment of Defendant United States Environmental Protection Agency, *et al.,* it is **ORDERED, ADJUDGED AND DECREED** that judgment on the complaint is **ENTERED** in favor of Plaintiffs Sierra Club, American Lung Association, Environmental Defense Fund, And Natural Resources Defense Council and against Defendants United States Environmental Protection Agency; Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency.

Defendants United States Environmental Protection Agency; Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency shall:

(1) issue a Proposed Rule based on review of the national ambient air quality standards ("NAAQS") for ozone in accordance with 42 U.S.C. §7409(d)(1) no later than **December 1, 2014**; and

(2) issue a Final Rule based on such review no later than **October 1, 2015**.

**IT IS SO ORDERED.**

Date:  April 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**