1  PAUL R. CORT, State Bar No. 184336
   IRENE V. GUTIERREZ, State Bar No. 252927
2  Earthjustice
   50 California Street, Suite 500
3  San Francisco, CA 94111
   pcort@earthjustice.org
4  igutierrez@earthjustice.org
   Tel: 415-217-2000
5  Fax: 415-217-2040

6  Attorneys for Plaintiffs Sierra Club,
   American Lung Association,
7  Environmental Defense Fund,
   and Natural Resources Defense Council
8
   LESLIE M. HILL, D.C. Bar No. 476008
9  U.S. Department of Justice
   Environment & Natural Resources Division
10 Environmental Defense Section
   601 D Street N.W., Suite 8000
11 Washington D.C.  20004
   Leslie.Hill@usdoj.gov
12 Tel: (202) 514-0375
   Fax: (202) 514 8865
13
14 Attorney for Defendants United States Environmental
   Protection Agency and Gina McCarthy
15

16
                   UNITED STATES DISTRICT COURT
17            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION
18

19
                                              )
20 SIERRA CLUB, AMERICAN LUNG                 )  Case No: 4:13-cv-02809-YGR
   ASSOCIATION, ENVIROMENTAL DEFENSE          )
21 FUND, and NATURAL RESOURCES DEFENSE        )
   COUNCIL                                    )  **[PROPOSED] ORDER
22                                            )  REGARDING JOINT
              Plaintiffs,                     )  STIPULATION TO EXTEND TIME
23       v.                                   )  TO FILE MOTION RE:
                                              )  ATTORNEYS' FEES AND BILL OF
24 UNITED STATES ENVIRONMENTAL                )  COSTS**
   PROTECTION AGENCY; GINA MCCARTHY, in       )
25 her official capacity as Administrator of the United )
   States Environmental Protection Agency,    )
26                                            )
              Defendants.                     )
27                                            )

28

[Proposed] Order Re Joint Stipulation to Extend Time for Fees and Costs - 4:13-cv-02809-YGR

1
2      On October 15, 2014, Plaintiffs Sierra Club, *et. al.*, and Defendants United States
3 Environmental Protection Agency, *et. al.* (collectively the "Parties"), filed a Stipulation requesting
4 that the Court extend the time for Plaintiffs to file a motion for an award of attorneys' fees and bill of
5 costs in order to allow additional time for settlement of Plaintiffs' claims for fees and costs. The
6 Parties requested the Court extend the time for service and filing a motion for an award of attorneys'
7 fees and bill of costs to January 31, 2015.

      The Parties' request for extension of time is GRANTED, and Plaintiffs shall have until January 31, 2015, to file a motion for an award of attorneys' fees and bill of costs.

Dated: October 16, 2014

Hon. Yvonne Gonzalez Rogers
United States District Judge

[~~Proposed~~] Order Re Stipulation to Extend Time for Fees and Costs- 4:13-cv-02809-YGR